ALEKSO FRYTEZ, PLAINTIFF-APPELLANT, v. KATHERINE GRUCHACZ, DEFENDANT-RESPONDENT.

Submitted October 25, 1940—Decided January 28, 1941.

For the appellant, *Rospond & Rospond* (*Felix Rospond,* of counsel).

For the respondent, *Thomas Brunetto.*

The opinion of the court was delivered by

BODINE, J.  The appeal is from a judgment of nonsuit entered pursuant to *N. J. S. A.* 2:27-215. We find no abuse of discretion. *Stein* v. *Goodenough,* 73 *N. J. L.* 812.

An action was commenced in November, 1926, to recover on a note of April 23d, 1923, and for money advanced to the defendant during the years 1922 to 1925. Nothing seems to have been done in this cause till a default judgment was entered in 1939. This judgment was vacated and the service of a summons set aside. An earlier suit for the same cause of action was then discovered, and it is claimed that a notice of trial was then served on the defendant, her attorney being

dead. The plaintiff's attorney had not notified the defendant to employ an attorney. *N. J. S. A.* 2:20-6. It is not necessary, however, to decide whether that step should have been taken since the trial judge has entire control of his calendars, and we do not think a cause so long delayed in prosecution should have a place in the court.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, DONGES, PORTER, DEAR, WELLS, RAFFERTY, JJ.  9.

*For reversal*—THE CHIEF JUSTICE, HEHER, PERSKIE, WOLFSKEIL, HAGUE, JJ.  5.